JUDGE SCHEINDLIN

08 CV 7608

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

JOHN WILEY & SONS, INC., :

               Plaintiff, :

    - against - :    08 Civ.

YOUNG LEE D/B/A AQUADRAGON8282 :
D/B/A SONIC8282 AND JOHN DOE
NOS. 1-5 :

              Defendants. :

------------------------------x

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for John Wiley & Sons, Inc. (a private, non-governmental party) certifies that no publicly-held corporation owns more than 10% of the stock of the said party.

DATE: 8/28/08

_____
SIGNATURE OF ATTORNEY